

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2021

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On January 19, 2021, appellant filed a notice of appeal with this court. On March 25, 2021, court reporter Judy Stewart confirmed receipt of the reporter's fee to prepare a transcript for a hearing taking place with Judge Cynthia Marie Chapa on May 5, 2020. On March 31, 2021, appellant filed a request to abate the deadline for appellant's brief. The basis of appellant's request was, in part, the lack of a complete reporter's record.

On April 8, 2021, this court (1) abated appellant's deadline until 30 days after Ms. Stewart filed her record and (2) ordered Ms. Stewart to file the reporter's record no later than May 10, 2021. This court allowed Ms. Stewart forty-six (46) days from the day she received payment to either prepare the record or seek an extension. Neither a record nor a notification of late record was filed by May 10, 2021. On May 11, 2021, this court inquired of Ms. Stewart why she had not complied with this court's order. Later that day, Ms. Stewart requested an additional two weeks to file the record until May 24, 2021. The request is GRANTED. It is therefore ORDERED that Ms. Stewart file the reporter's record **no later than May 24, 2021**. **Further requests for extension of time to file the reporter's record will be disfavored.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2021.



MICHAEL A. CRUZ, Clerk of Court